Craig C. Hoffman (SBN: 234232)
hoffmanc@ballardspahr.com
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

Attorneys for Defendant
National Debt Relief, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH ALLEN, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>National Debt Relief, LLC,<br><br>Defendant. | CASE NO. 2:26-cv-00349<br><br>**CLASS ACTION**<br><br>**DEFENDANT NATIONAL DEBT RELIEF, LLC'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br>Action Filed: January 13, 2026 |

Defendant National Debt Relief, LLC ("NDR"), by and through its undersigned counsel, submits this Answer to Complaint filed by Plaintiff Elizabeth Allen ("Plaintiff").

**<u>INTRODUCTION</u>**

1. NDR denies the allegations in Paragraph 1 of the Complaint and specifically denies that any calls NDR made to Plaintiff violated the Telephone Consumer Protection Act (the "TCPA") and that Plaintiff or anyone she purports to represent in this action are entitled to any relief whatsoever.

2. The allegations in paragraph 2 of the Complaint are not directed to NDR, and therefore, no response is required.

3. The allegations in paragraph 3 of the Complaint contain a legal conclusion to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 3 of the Complaint.



Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

4. The allegations in paragraph 4 of the Complaint contain a legal conclusion to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 4 of the Complaint.

5. The allegations in paragraph 5 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 5 of the Complaint.

6. The allegations in paragraph 6 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 6 of the Complaint.

7. The allegations in paragraph 7 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 7 of the Complaint.

8. The allegations in paragraph 8 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 8 of the Complaint. NDR specifically denies that any calls NDR made to Plaintiff violated the TCPA and that Plaintiff or anyone she purports to represent in this action are entitled to any relief whatsoever.

9. The allegations in paragraph 9 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 9 of the Complaint.

10. The allegations in paragraph 10 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 10 of the Complaint.

11. The allegations in paragraph 11 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 11 of the Complaint.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

12. The allegations in paragraph 12 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 12 of the Complaint.

13. The allegations in paragraph 13 of the Complaint are not directed to NDR, and therefore, no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 13 of the Complaint.

14. NDR denies the allegations in paragraph 14 of the Complaint.

15. The allegations in paragraph 15 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 15 of the Complaint.

**JURISDICTION AND VENUE**

16. Answering paragraph 16 of the Complaint, NDR does not challenge subject matter jurisdiction for purposes of this action only, but NDR denies all other allegations contained in paragraph 16 of the Complaint.

17. Answering paragraph 17 of the Complaint, NDR does not challenge personal jurisdiction for purposes of this action only, but denies all other allegations contained in paragraph 17 of the Complaint.

18. Answering Paragraph 18 of the Complaint, NDR does not challenge venue or jurisdiction for purposes of this action only. NDR admits that it conducts business in this court's judicial district in California but denies all other allegations contained in paragraph 18 of the Complaint.

19. Answering Paragraph 19 of the Complaint, NDR does not challenge venue for purposes of this action only. NDR admits that it conducts business in this court's judicial district in California but denies all other allegations contained in paragraph 19 of the Complaint.

**PARTIES**

20. NDR lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 20, on that basis, denies the allegations.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

21. NDR admits that it is a New York limited liability company with its principal place of business in New York, New York. The remainder of the allegations in Paragraph 21 of the complaint are legal conclusions to which no response is required..

22. NDR admits only that it conducts business in California in this court's judicial district, but denies all other allegations in paragraph 22 of the Complaint.

23. The allegations in paragraph 23 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 24 of the Complaint.

## FACTUAL ALLEGATIONS

24. NDR denies the allegations contained in paragraph 24 of the Complaint.

25. NDR denies the allegations contained in paragraph 25 of the Complaint.

26. NDR denies the allegations contained in paragraph 26 of the Complaint.

27. NDR lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 27 and, on that basis, denies the allegations.

28. Some of allegations in paragraph 28 of the Complaint contain legal conclusions to which no response is required. As to all of the other allegations in paragraph 28 of the Complaint, they are denied.

29. NDR admits the allegations in Paragraph 29 of the Complaint.

30. NDR lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 30 and, on that basis, denies the allegations.

31. NDR denies the allegations contained in paragraph 31 of the Complaint and specifically denies that that NDR made unsolicited calls to Plaintiff and that calling a wireless phone violates the TCPA.

32. Answering Paragraph 32 of the Complaint, NDR lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, denies the allegations. NDR specifically denies that any calls it placed to Plaintiff were made with an automated dialer, that those calls were made

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

without Plaintiff's consent and that Plaintiff or anyone she purports to represent in this action are entitled to any relief whatsoever.

33. Answering Paragraph 13 of the Complaint, NDR lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, denies the allegations. NDR specifically denies that any calls it placed to Plaintiff were made with an automated dialer, that those calls were made without Plaintiff's consent and that Plaintiff or anyone she purports to represent in this action are entitled to any relief whatsoever.

34. NDR denies the allegations contained in paragraph 34 of the Complaint.

35. NDR denies the allegations contained in paragraph 35 of the Complaint.

36. NDR denies the allegations contained in paragraph 36 of the Complaint.

37. NDR denies the allegations contained in paragraph 37 of the Complaint.

38. NDR denies the allegations contained in paragraph 38 of the Complaint.

39. NDR denies the allegations contained in paragraph 39 of the Complaint.

40. NDR denies the allegations contained in paragraph 40 of the Complaint..

41. NDR lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Complaint and, on that basis, denies the allegations.

42. NDR denies the allegations contained in paragraph 42 of the Complaint.

43. NDR denies the allegations contained in paragraph 43 of the Complaint..

44. NDR denies the allegations contained in paragraph 44 of the Complaint..

45. NDR denies the allegations contained in paragraph 45 of the Complaint.

46. NDR denies the allegations contained in paragraph 46 of the Complaint..

47. NDR denies the allegations contained in paragraph 47 of the Complaint.

48. NDR lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 48 of the Complaint and, on that basis, denies the allegations.

49. NDR denies the allegations contained in paragraph 49 of the Complaint.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

50. NDR denies the allegations contained in paragraph 50 of the Complaint.

51. NDR denies the allegations contained in paragraph 51 of the Complaint.

**STANDING**

52. The allegations in paragraph 52 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 52 of the Complaint.

53. The allegations in paragraph 53 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 53 of the Complaint.

54. The allegations in paragraph 54 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 54 of the Complaint.

55. The allegations in paragraph 55 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 55 of the Complaint.

56. The allegations in paragraph 56 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 56 of the Complaint.

57. The allegations in paragraph 57 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 57 of the Complaint.

58. The allegations in paragraph 58 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 58 of the Complaint.

59. The allegations in paragraph 59 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 59 of the Complaint.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

60. The allegations in paragraph 60 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, NDR denies the allegations contained in paragraph 60 of the Complaint.

**CLASS ACTION ALLEGATIONS**

61. Answering paragraph 61 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

62. Answering paragraph 62 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

63. Answering paragraph 63 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

64. Answering paragraph 64 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

65. Answering paragraph 65 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

66. Answering paragraph 66 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

67. Answering Paragraph 67 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

68. Answering paragraph 68 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

69. Answering paragraph 69 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

70. Answering paragraph 70 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

71. Answering paragraph 71 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

72. Answering paragraph 72 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

73. Answering paragraph 73 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

74. Answering paragraph 74 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

99. Answering paragraph 99 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.[1] Answering paragraph 100 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

101. Answering paragraph 101 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

102. Answering paragraph 102 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

103. Answering paragraph 103 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

104. Answering paragraph 104 of the Complaint, NDR denies that any class should be certified in this action and that this action is appropriate for class treatment.

**COUNT ONE**

**Violations of the Telephone Consumer Protection Act**

**47 U.S.C. §§ 227, et seq.**

105. NDR incorporates its responses to the allegations in Paragraph 1 through Paragraph 104 above, as if fully set forth herein.

106. NDR denies the allegations in paragraph 106 of the Complaint.

107. NDR denies the allegations in paragraph 107 of the Complaint.

108. NDR denies the allegations in paragraph 108 of the Complaint.

109. NDR denies the allegations in paragraph 109 of the Complaint.

110. NDR denies the allegations in paragraph 110 of the Complaint.

[1] NDR's numbered paragraphs tracks the numbering of the paragraphs in the Complaint, which skip paragraphs 75-98..

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

111. NDR denies the allegations in paragraph 111 of the Complaint.

112. NDR denies the allegations in paragraph 112 of the Complaint.

113. NDR denies the allegations in paragraph 113 of the Complaint.

114. NDR denies the allegations in paragraph 114 of the Complaint.

115. NDR denies the allegations in paragraph 115 of the Complaint.

## PRAYER FOR RELIEF

Answering Prayer for Relief and each subparagraph therein, NDR denies the allegations and any implication that Plaintiff's allegations have merit, that Plaintiff is entitled to any relief whatsoever and/or that that any class should be certified in this action or that this action is appropriate for class treatment.

NDR denies any allegation not specifically admitted above.

## DEFENSES AND AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise lies with Plaintiffs, NDR, as separate and distinct defenses to the Complaint and all the claims alleged therein, alleges as follows on information and belief:

## FIRST DEFENSE

(Agreement to Arbitrate)

Plaintiff's claims, and the claims of the members of the purported class, are subject to binding individual, non-class arbitration pursuant to the arbitration agreement contained in the terms and conditions governing the parties' relationship. NDR reserves the right to compel arbitration pursuant to that agreement.

## SECOND DEFENSE

(Failure to State a Claim)

The Complaint, and each purported claim alleged therein, fails to set forth facts sufficient to state a claim against NDR.

## THIRD DEFENSE

(Consent)

Plaintiff and any person she purports to represent is barred, in whole or in part, from

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

maintaining the alleged claims to the extent Plaintiff and any person she purports to represent provided "prior express consent" within the meaning of the TCPA for all calls allegedly placed by NDR.

**FOURTH DEFENSE**

(Estoppel)

The Complaint is barred, in whole or in part, by the conduct, actions and inactions of Plaintiff, as well as the conduct, action and inactions of any person she purports to represent, which amount to and constitute an estoppel of the claims and any relief sought thereby.

**FIFTH DEFENSE**

(Waiver)

Plaintiff's claims are barred, in whole or in part, by the conduct, actions and inactions of Plaintiff, as well as the conduct, action and inactions of any person she purports to represent, which amount to and constitute a waiver of any right or rights Plaintiff or any person she purports to represent may or might have in relation to the matters alleged in the Complaint.

**SIXTH DEFENSE**

(Laches)

The Complaint is barred from recovery by the doctrine of laches because Plaintiff and any person she purports to represent knew of the purported acts or omissions and was fully aware of her rights against NDR (if any), but nevertheless inexcusably and unreasonably delayed in asserting those rights to the prejudice of NDR.

**SEVENTH DEFENSE**

(Failure to Mitigate)

To the extent that Plaintiff and any person she purports to represent has suffered any damage as a result of the matters alleged in the Complaint, Plaintiff and any person she purports to represent failed to mitigate those damages and the claims therefore are barred, in whole or in part.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**EIGHTH DEFENSE**

(Lack of Standing)

The Complaint, and each claim and cause of action set forth therein, is barred, in whole or in part, because Plaintiff and any person she purports to represent suffered no injury, actual damages, or concrete and/or particularized injury-in-fact, as a result of any act or practice of NDR and, therefore, lack standing to assert a claim.

**NINTH DEFENSE**

(Statute of Limitations)

The Complaint is barred in whole or in part by the applicable statute of limitations including, without limitation, 28 U.S.C. § 1658.

**TENTH DEFENSE**

(Due Process)

The imposition of liability and/or statutory damages of up to $1,500 per call under the TCPA would violate provisions of the United States Constitution, including the Due Process Clause, on the grounds, among others, that the recovery of statutory damages of up to $1,500 per call would be wholly disproportionate to the offense and unreasonable.

**ELEVENTH DEFENSE**

(Not Knowing or Willful)

Plaintiff and any person she purports to represent is precluded from any recovery for a willful and knowing violation of the TCPA because any such violation (which NDR denies occurred) would not have been willful or knowing.

**TWELFTH DEFENSE**

(Setoff)

The claims alleged by Plaintiff and any person she purports to represent are subject to a setoff and/or recoupment.

**THIRTEENTH DEFENSE**

(Res Judicata/Collateral Estoppel)

The Complaint is barred to the extent Plaintiff and any person she purports to represent are

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

a member of a class action and did not properly opt out of the class. Accordingly, the Complaint is barred by the doctrines of res judicata and/or collateral estoppel.

**FOURTEENTH DEFENSE**

(Constitutionality)

The Complaint, and each claim and cause of action set forth therein, is barred, in whole or in part, because to statute upon which it is based has been deemed unconstitutional.

***

NDR expressly reserves the right to assert such other and further defenses and affirmative defenses as may be appropriate, based on its ongoing investigation and/or documents and information obtained from Plaintiff.

WHEREFORE, NDR requests the following relief:

(1) That Plaintiff's Complaint be dismissed with prejudice;

(2) That Plaintiff take nothing by virtue of the Complaint;

(3) That judgment be entered in favor of NDR;

(4) That the Court award NDR its fees, expenses and costs to the full extent permitted by law; and

(5) That the Court award such other relief as is just and proper under the circumstances.

RESPECTFULLY SUBMITTED this 30th day of March, 2026.

BALLARD SPAHR LLP

By: */s/ Craig C. Hoffman*
Craig C. Hoffman
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

*Attorneys for National Debt Relief, LLC*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of March, 2026, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing. A complete copy of the foregoing was sent via email this same date to the following:

Abbas Kazerounian, Esq.
Ak@kazlg.com
David J. McGlothlin, Esq.
david@kazlg.com
Mona Amini, Esq.
mona@kazlg.com
Gustavo Ponce, Esq.
gustavo@kazlg.com
KAZEROUNI LAW GROUP, APC

*/s/ Britney Tomko*